IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **REINA ESTHER HEREDIA,** § | |
| **PETITIONER,** § | |
| § | |
| v. § | **CASE NO. 3:19-CV-2625-X-BK** |
| § | |
| **WILLIAM BIERMAN,** § | |
| **RESPONDENTS.** § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for clear error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. **IT IS ORDERED** that Petitioner's 28 U.S.C. § 2241 habeas petition is **DENIED** and **DISMISED WITH PREJUDICE** as moot. **IT IS FURTHER ORDERED** that Petitioner's Motion for a Preliminary Injunction (Doc. 17) is **DENIED.**

**SIGNED** this 19th day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE